| | |
|---|---|
| MICHAEL JOHN LYONS<br>michael.lyons@morganlewis.com<br>AHREN C. HSU-HOFFMAN<br>ahren.hsu-hoffman@morganlewis.com<br>DION M. BREGMAN<br>dion.bregman@morganlewis.com<br>MICHAEL F. CARR<br>michael.carr@morganlewis.com<br>MORGAN LEWIS & BOCKUS LLP<br>1400 Page Mill Road<br>Palo Alto, CA 94304<br>(650) 843-4000<br>Fax: (650) 843-4001<br><br>Attorneys for Plaintiff<br>Finisar Corporation | YAR R. CHAIKOVSKY (SB# 175421)<br>yarchaikovsky@paulhastings.com<br>PHILIP OU (SB# 259896)<br>philipou@paulhastings.com<br>PAUL HASTINGS LLP<br>1117 S. California Avenue<br>Palo Alto, California 94304-1106<br>Telephone: 1(650) 320-1800<br>Facsimile: 1(650) 320-1900<br><br>CHAD J. PETERMAN (*pro hac vice*)<br>chadpeterman@paulhastings.com<br>KATHERINE J. DROOYAN (*pro hac vice*)<br>katherinedrooyan@paulhastings.com<br>HYOSANG (MARK) KIM (*pro hac vice*)<br>markkim@paulhastings.com<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: 1(212) 318-6000<br>Facsimile: 1(212) 319-4090<br><br>Attorneys for Defendant<br>Kaiam Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINISAR CORPORATION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KAIAM CORPORATION,<br><br>　　　　Defendant. | CASE NO. 3:18-cv-01070<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO STAY** |

# STIPULATED MOTION TO STAY THE CASE

Plaintiff Finisar Corporation ("Finisar") and Defendant Kaiam Corporation ("Kaiam"), by and through their respective counsel of record hereby stipulate and request that the Court enter an order staying the instant litigation. In support of this request, the parties state as follows:

WHEREAS, it has been publicly announced that Kaiam is facing financial difficulties which has led to layoffs of Kaiam employees, the appointment of administrators to manage Kaiam's European operations, and the contemplation of potential insolvency proceedings in the United States;

WHEREAS, Kaiam's CEO has been quoted in a January 3, 2019 article stating that "The odds are that we [Kaiam] will also go into some sort of insolvency process in the U.S. as well."

WHEREAS, Kaiam's financial situation could directly impact the instant litigation;

WHEREAS, in light of these recent developments, the parties believe it is prudent to conserve judicial resources and the parties' resources until Kaiam's financial situation becomes clearer;

WHEREAS, as a result of discussions between the parties, Finisar and Kaiam have agreed to jointly request that the Court stay the instant litigation in light of the uncertainty concerning Kaiam's financial situation;

WHEREAS, counsel for Kaiam, Chad J. Peterman, has submitted a supporting declaration with this stipulation;

NOW THEREFORE, in consideration of the foregoing, Kaiam and Finisar by and through their undersigned counsel, hereby stipulate and request that the Court order the following:

1) The instant case is hereby stayed; and

2) The parties are directed to file a joint update with the Court concerning whether it is appropriate to lift the stay by February 22, 2019.

**IT IS SO STIPULATED.**

Case No. 3:18-cv-01070 - 1 - JOINT STIPULATION AND [PROPOSED] ORDER TO STAY

| | | |
|---|---|---|
| DATED: January 7, 2019 | | PAUL HASTINGS LLP |
| | | By: */s/ Chad J. Peterman* |
| | |     CHAD J. PETERMAN |
| | | Attorneys for Defendant Kaiam Corporation |
| DATED: January 7, 2019 | | MORGAN LEWIS & BOCKIUS LLP |
| | | By: */s/ Michael J. Lyons* |
| | |     Michael J. Lyons |
| | | Attorneys for Plaintiff Finisar Corporation |

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, the Court orders as follows:

1) The instant case is hereby stayed; and

2) The parties are directed to file a joint update with the Court concerning whether it is appropriate to lift the stay by February 22, 2019.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January  8  2019

_____
Honorable Richard Seeborg
U.S. DISTRICT COURT JUDGE