1  MICHAEL JOHN LYONS
   michael.lyons@morganlewis.com
2  AHREN C. HSU-HOFFMAN
   ahren.hsu-hoffman@morganlewis.com
3  MICHAEL F. CARR
   michael.carr@morganlewis.com
4  MORGAN LEWIS & BOCKIUS LLP
   1400 Page Mill Road
5  Palo Alto, CA 94304
   (650) 843-4000
6  Fax: (650) 843-4001

7  Attorneys for Plaintiff
   Finisar Corporation
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13  FINISAR CORPORATION,                    CASE NO. 3:18-cv-01070-RS

14            Plaintiff,                     **ORDER GRANTING
                                             INTERVENTION**
15       v.

16  KAIAM CORPORATION,

17            Defendant.

18

19       The parties hereto having stipulated thereto pursuant to that certain Stipulation To:  (A)

20  Intervention And (B) For Entry Of Judgment (Dkt. No. 47) (the "Stipulation"), and good cause

21  appearing therefor,

22       IT IS HEREBY ORDERED that

23       1.      Kaiam (assignment for the benefit of creditors), LLC, acting solely in its limited

24  capacity as assignee for the benefit of creditors of Defendant and Counter-Claimant Kaiam

25  Corporation (the "Assignee") be permitted to intervene as a party defendant to the Complaint for

26  Patent Infringement filed by Plaintiff and Counter-Defendant Finisar Corporation (Dkt. No. 1)

27  and as a counter-claimant with respect to the First Amended Answer to Plaintiff's Complaint for

28

Patent Infringement and Assertion of Counterclaims filed by Defendant and Counter-Claimant

Kaiam Corporation (Dkt. No. 26), solely for the limited purposes set forth in the Stipulation; and

2.     The Assignee shall be deemed to have adopted the First Amended Answer to

Plaintiff's Complaint for Patent Infringement and Assertion of Counterclaims filed by Defendant

and Counterclaimant Kaiam Corporation (Dkt. No. 26) without the necessity of filing any

additional pleading.

DATED:  May 8, 2019

_____
Honorable Richard Seeborg
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING
INTERVENTION;
CASE NO. 3:18-cv-01070-RS